NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH BELCIK,                          )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D18-3833
                                        )
U.S. BANK NATIONAL                      )
ASSOCIATION, as Trustee for             )
HARBORVIEW MORTGAGE LOAN                )
TRUST 2005-8 MORTGAGE LOAN              )
PASS-THROUGH CERTIFICATES               )
SERIES 2005-8; NATIONSTAR               )
MORTGAGE, LLC,                          )
                                        )
          Appellees.                    )
_____)

Opinion filed April 24, 2019.

Appeal from the Circuit Court
for Pinellas County; Patricia A.
Muscarella, Judge.

Joseph A. Belcik, Appellant.

Nancy M. Wallace of Akerman
LLP, Tallahassee; William P.
Heller of Akerman, LLP, Fort
Lauderdale, for Appellees.


PER CURIAM.

          Affirmed.


CASANUEVA, MORRIS, and SMITH, JJ., Concur.